# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA HORNER, ) | |
|         Plaintiff, ) | Case No.  2:12-cv-00269-JMC-GWF |
| vs. ) | **ORDER** |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., *et al.*, ) ) | |
|         Defendants. ) | |

This matter is before the Court on the parties' failure to file a Joint Status Report.  The Minutes of the Court dated February 21, 2012, required the parties to file a Joint Status Report regarding removed action no later than March 25, 2012.  To date the parties have not complied.  Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **April 9, 2012,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.

2. Include a statement by counsel of action required to be taken by this court.

3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

. . .

. . .

. . .

Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 28th day of March, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge