JENNNING & ASSOCIATES, LTD.
JARED B. JENNINGS, ESQ.
Nevada Bar No. 007762
6465 West Sahara Avenue, Suite 103
Las Vegas, NV 89146
Telephone (702) 979-3565
Facsimile (702) 362-2060
Email jjenings@jennings-law.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA HORNER, an Individual. | CASE NO.: 2:12-cv-00269-JCM-GWF |
| Plaintiff, | |
| v. | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.: BANK OF AMERICA, N.A.; RECONTRUST COMPANY; DOES I through X; ROES XI through XX, | |
| Defendants. | |

## NOTICE OF SUBSTITUTION OF ATTORNEY

I, CYNTHIA HORNER, Plaintiff, in pro persona herein agree to this substitution of attorney.

I, Jared B. Jennings, Esq., with the Law Firm of Jennings & Associates, herein agree to represent CYNTHIA HORNER in the above captioned case.

DATED: June 11, 2012

CYNTHIA HORNER, Plaintiff

DATED: June 11, 2012

JENNINGS AND ASSOCIATES

By:

JENNNING & ASSOCIATES, LTD.
JARED B. JENNINGS, ESQ.
Nevada Bar No. 007762

1

6465 West Sahara Avenue, Suite 103
Las Vegas, NV 89146
Telephone (702) 979-3565
Facsimile  (702) 362-2060
Email jjenings@jennings-law.com