|   |   |
|---|---|
| 1 | JENNNING & ASSOCIATES, LTD. |
|   | JARED B. JENNINGS, ESQ. |
| 2 | Nevada Bar No. 007762 |
|   | 6465 West Sahara Avenue, Suite 103 |
| 3 | Las Vegas, NV 89146 |
|   | Telephone (702) 979-3565 |
| 4 | Facsimile  (702) 362-2060 |
|   | Email jjenings@jennings-law.com |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CYNTHIA HORNER, an Individual.  )
                                 )  CASE NO.: 2:12-cv-00269-JCM-GWF
                Plaintiff,       )
                                 )
v.                               )
                                 )
MORTGAGE ELECTRONIC              )
REGISTRATION SYSTEM, INC.: BANK OF )
AMERICA, N.A.; RECONTRUST        )
COMPANY; DOES I through X; ROES XI )
through XX,                      )
                Defendants.      )
                                 )

## NOTICE OF SUBSTITUTION OF ATTORNEY

I, CYNTHIA HORNER, Plaintiff, in pro persona herein agree to this substitution of attorney.

I, Jared B. Jennings, Esq., with the Law Firm of Jennings & Associates, herein agree to represent CYNTHIA HORNER in the above captioned case.

DATED: June 11, 2012

_____
CYNTHIA HORNER, Plaintiff

DATED: June 11, 2012

JENNINGS AND ASSOCIATES

By:_____
JENNNING & ASSOCIATES, LTD.
JARED B. JENNINGS, ESQ.
Nevada Bar No. 007762

1

6465 West Sahara Avenue, Suite 103<br>
Las Vegas, NV 89146<br>
Telephone (702) 979-3565<br>
Facsimile  (702) 362-2060<br>
Email jjenings@jennings-law.com

**IT IS SO ORDERED.**

_/s/ George Foley Jr._

**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**DATED:   June 18, 2012**