FILED

UNITED STATES COURT OF APPEALS                          MAY 02 2013

FOR THE NINTH CIRCUIT                                   MOLLY C. DWYER, CLERK
                                                        U.S. COURT OF APPEALS

| | |
|---|---|
| CYNTHIA HORNER,<br><br>              Plaintiff - Appellant,<br><br>  v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; et al.,<br><br>              Defendants - Appellees. | No. 12-16398<br><br>D.C. No. 2:12-cv-00269-JCM-GWF<br>District of Nevada,<br>Las Vegas<br><br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner

      Appellant's late motion for an extension of time to file the opening brief is granted.  The opening brief is due July 1, 2013; the answering brief is due July 31, 2013; and the optional reply brief is due within 14 days after service of the answering brief.

      Appellees' motion to dismiss is denied.

29APR2013/LBS/Appellate Commissioner